B1 (Official Form 1) (4/13)

# United States Bankruptcy Court
### *NORTHERN* DISTRICT OF *FLORIDA*

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>*Chisholm, John* | **Name of Joint Debtor** (Spouse)(Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*aka Johnny Chisholm, aka John L. Chisholm, Jr.* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *8482* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>*1805 Via De Luna*<br>*Gulf Breeze, FL*  ZIPCODE *32561* | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: *Santa Rosa* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>*PO Box 1272*<br>*Pensacola, FL*  ZIPCODE *32591* | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): *NOT APPLICABLE* | ZIPCODE |

**Type of Debtor** (Form of organization) (Check **one** box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 15 Debtors**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

---

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): *John Chisholm* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed: *NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X  */s/ Sherry F. Chancellor*       *10/02/2015* <br>      Signature of Attorney for Debtor(s)                                    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/13) — FORM B1, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *John Chisholm* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ John Chisholm*
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (if not represented by attorney)

*10/02/2015*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
(Signature of Foreign Representative)

(Printed name of Foreign Representative)

(Date)

### Signature of Attorney*

X */s/ Sherry F. Chancellor*
Signature of Attorney for Debtor(s)

*Sherry F. Chancellor  434574*
Printed Name of Attorney for Debtor(s)

*Law Office of Sherry F. Chancellor*
Firm Name

*619 West Chase Street*
Address

*Pensacola, FL  32502*

*850-436-8445*
Telephone Number

*10/02/2015*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In re *John Chisholm*
   *aka Johnny Chisholm*
   *aka John L. Chisholm, Jr.*

Case No.
Chapter *11*

_____ / Debtor

Attorney for Debtor: *Sherry F. Chancellor*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *10/2/2015*

*/s/ John Chisholm*
Debtor

Bayview Loan Servicing
4425 Ponce Deleon Blvd
Suite 500
Miami, FL   33146

Allstate
PO Box 9135
C/O Credit CS
Needham Heights, MA   02494

Breazeale Sachs
First Bank and Trust Tower
Suite 1500, 909 Poydras St
New Orleans, LA   70112

Disney Destinations
300 South Orange Ave
Suite 1000
Orlando, FL   32801

American Express
PO Box 650448
Dallas, TX   75265

Capital One
PO Box 85619
Richmond, VA   23285

Joseph Blitch
158 Tuskawilla Road
Suite 2330
Winter Springs, FL   32708

Arlene Weiss
1801 Century Park
East 24th Floor
Los Angeles, CA   90067

Chaffe and Associates
201 St Charles Ave
Suite 1410
New Orleans, LA   70170

McBride Construction
PO Box 1390
Pensacola, FL   32591

AT&T
PO Box 536216
Atlanta, GA   30353

Chase Bank
PO Box 2036
Warren, MI   48090

Ocwen Loan Servicing
PO Box 24738
West Palm Beach, FL   33416-473

Baldwin Haspel
3600 Energy Centre
1100 Poydras
New Orleans, LA   70163

Chase Bank
C/O Asset Acceptance
PO Box 203
Warren, MI   48090

Ocwen Loan Servicing LLC
PO Box 6440
Carol Stream, IL   60197

Bank of America
PO Box 2348
C/O Dynamic
Greenville, SC   29616

John Chisholm
PO Box 1272
Pensacola, FL   32591

Production Resource Group, Inc
1902 Cypress Lake Drive
Orlando, FL   32837

Baptist Medical
911 Flynt Dr
Flowood, MS   39232

Chris Ritchie/David Powell
212 West Intendencia St
Pensacola, FL   32502

Ray Deforest
C/O Scott Liberman
1301 International Pky Ste 140
Fort Lauderdale, FL   33323

BBT
2700 Meridian Prkwy
C/O Professional Rec
Durham, NC   27713

Citibank
2365 Northside Drive Suite 200
C/O MCM
San Diego, CA   92108

Small Business Administration
P.O. Box 740192
   30374

Bobby Lucille Stephens Warner
1804 East Laura St
Pensacola, FL   32501

City of New Orleans
PO Box 52828
New Orleans, LA   70152

800 Bourbon Street
PO Box 1272
Pensacola, FL   32591

BP/Chase
PO Box 1272
C/O Asset Acceptance
Warren, MI   48090

D Scott
PO Box 101928
Dept 1522
Birmingham, AL   35210

| | | |
|---|---|---|
| Doyle Yeager<br>8944 Anahola Place<br>Diamondhead, MS  39525 | Jerry Gilbreath<br>PO Box 1772<br>Laurel, MS  39441 | PNC Bank<br>PO Box 3429<br>Pittsburgh, PA  15230 |
| Evan Park Howell III<br>248-A Orion Ave<br>Metairie, LA  70005 | L'Esprit De La Pax<br>701 Poydras St. Stuite 3600<br>New Orleans, LA  70139 | Ray Deforest<br>1301 International Pkwy<br>Suite 140<br>Fort Lauderdale, FL  33323 |
| FedEx<br>PO Box 332<br>Memphis, TN  38101 | Louisiana Dept. Of Revenue<br>PO Box 201<br>Baton Rouge, LA  70821 | Shergroup<br>1420 Celebration Blvd<br>Kissimmee, FL  34747 |
| First Guaranty Bank<br>PO Box 517<br>Hammond, LA  70403 | Lousiana Interest<br>PO Box 1272<br>Pensacola, FL  32591 | Sherry F. Chancellor<br>619 West Chase Street<br>Pensacola, FL  32502 |
| GE<br>4246 South Riverboat RD<br>Salt Lake City, UT  84123 | Michael Elias/ Tommy Elias<br>2812 Canal St<br>New Orleans, LA  70119 | Stage Right<br>10136 Florida Blvd<br>Baton Rouge, LA  70815 |
| GE/Dillards<br>726 Exchange St<br>Suite 700<br>Buffalo, NY  14210 | Miss Ear and Nose<br>501 Marshall St<br>Suite 506<br>Byram, MS  39272 | Stewart Peck<br>601 Poydras<br>Suite 2775<br>New Orleans, LA  70130 |
| GMAC<br>PO Box 380903<br>Minneapolis, MN  55438 | Miss Surgical Center<br>1421 North State St<br>Suite 101<br>Jackson, MS  39202 | Stewart Robbins<br>PO Box 2348<br>Baton Rouge, LA  70821 |
| Healthcare<br>PO Box 320309<br>Flowood, MS  39232 | Mississippi  Baptist Health<br>PO BOx 2390<br>Jackson, MS  39225 | Sthepehn Bardfield and Chase C<br>1301 International Pkwy<br> Suite 140<br>Fort Lauderdale, FL  33323 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101 | Nolfolk Financial<br>PO Box 372<br>Medford, MA  02155 | Sthepehn Bardfield and Chase C<br>C/O Scott Liberman<br>1301 Internation Pky  St. 140<br>Fort Lauderdale, FL  33323 |
| Jackson Anesthesia<br>PO BOx 2398<br>Jackson, MS  39225 | Oats and Hudson<br>C/O Delta Financial<br>PO Box 52253<br>Lafayette, LA  70505 | Suntrust<br>215 South Monroe St<br>Tallahassee, FL  32301 |

The Woman Clinic
501 Marshal Street
Jackson, MS  39202


U.S. Trustees Office
110 East Park Avenue
Suite 129
TALLAHASSEE, FL  32301


Washington Mutual/ Providian
PO Box 603
Oaks, PA  19456

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In re  *John Chisholm*  
　　*aka Johnny Chisholm*  
　　*aka John L. Chisholm, Jr.*  
,  
Debtor(s)

Case No.  
Chapter  *11*

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Disney Destinations<br><br>Suite 1000<br>Orlando FL   32801 | Phone:<br>Disney Destinations<br>300 South Orange Ave<br>Suite 1000<br>Orlando FL   32801 | Judgement Lein | D | $ 1,177,395.35<br>Value: $ 0.00<br>Net Unsecured: $ 1,177,395.35 |
| 2<br>Production Resource Group, Inc<br>1902 Cypress Lake Drive<br>Orlando FL 32837 | Phone:<br>Joseph Blitch<br>158 Tuskawilla Road<br>Suite 2330<br>Winter Springs FL   32708 | Judgement Lien | | $ 316,230.86<br>Value: $ 0.00<br>Net Unsecured: $ 316,230.86 |
| 3<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101 | Phone:<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101 | Taxes | | $ 224,695.02 |
| 4<br>Ray Deforest<br><br>1301 International Pky Ste<br>Fort Lauderdale FL   33323 | Phone:<br>Ray Deforest<br>1301 International Pkwy<br>Suite 140<br>Fort Lauderdale FL   33323 | Judgement Lien | | $ 175,000.00<br>Value: $ 0.00<br>Net Unsecured: $ 175,000.00 |
| 5<br>McBride Construction<br>PO Box 1390<br>Pensacola FL 32591 | Phone:<br>McBride Construction<br>PO Box 1390<br>Pensacola FL 32591 | Judgement Lien | | $ 144,000.00<br>Value: $ 0.00<br>Net Unsecured: $ 144,000.00 |

, Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Sthepehn Bardfield and Chase Carver<br>C/O Scott Liberman<br>Fort Lauderdale FL 33323 | Phone:<br>Sthepehn Bardfield and Chase Carver<br>1301 International Pkwy<br>Fort Lauderdale FL 33323 | *Judgement* | | $ 100,000.00 |
| 7<br>Jerry Gilbreath<br>PO Box 1772<br>Laurel MS 39441 | Phone:<br>Jerry Gilbreath<br>PO Box 1772<br>Laurel MS 39441 | | | $ 75,000.00 |
| 8<br>Michael Elias/ Tommy Elias<br>2812 Canal St<br>New Orleans LA 70119 | Phone:<br>Michael Elias/ Tommy Elias<br>2812 Canal St<br>New Orleans LA 70119 | | | $ 50,000.00 |
| 9<br>Stage Right<br>10136 Florida Blvd<br>Baton Rouge LA 70815 | Phone:<br>Stage Right<br>10136 Florida Blvd<br>Baton Rouge LA 70815 | | | $ 20,000.00 |
| 10<br>Washington Mutual/ Providian<br>PO Box 603<br>Oaks PA 19456 | Phone:<br>Washington Mutual/ Providian<br>PO Box 603<br>Oaks PA 19456 | | | $ 15,613.48 |
| 11<br>Bank of America<br><br>C/O Dynamic<br>Greenville SC  29616 | Phone:<br>Bank of America<br>PO Box 2348<br>C/O Dynamic<br>Greenville SC  29616 | | | $ 13,937.66 |
| 12<br>Capital One<br>PO Box 85619<br>Richmond VA 23285 | Phone:<br>Capital One<br>PO Box 85619<br>Richmond VA 23285 | | | $ 10,928.32 |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>Baldwin Haspel<br><br>1100 Poydras<br>New Orleans LA  70163 | Phone:<br>Baldwin Haspel<br>3600 Energy Centre<br>1100 Poydras<br>New Orleans LA  70163 | | | $ 10,654.30 |
| 14<br>Citibank<br><br>C/O MCM<br>San Diego CA  92108 | Phone:<br>Citibank<br>2365 Northside Drive Suite 200<br>C/O MCM<br>San Diego CA  92108 | | | $ 10,090.53 |
| 15<br>Oats and Hudson<br><br>PO Box 52253<br>Lafayette LA  70505 | Phone:<br>Oats and Hudson<br>C/O Delta Financial<br>PO Box 52253<br>Lafayette LA  70505 | | | $ 9,276.00 |
| 16<br>Chase Bank<br>PO Box 2036<br>Warren MI 48090 | Phone:<br>Chase Bank<br>PO Box 2036<br>Warren MI 48090 | | | $ 7,897.66 |
| 17<br>Chase Bank<br><br>PO Box 203<br>Warren MI  48090 | Phone:<br>Chase Bank<br>C/O Asset Acceptance<br>PO Box 203<br>Warren MI  48090 | | | $ 7,027.99 |
| 18<br>Stewart Robbins<br>PO Box 2348<br>Baton Rouge LA 70821 | Phone:<br>Stewart Robbins<br>PO Box 2348<br>Baton Rouge LA 70821 | | | $ 5,000.00 |
| 19<br>Chaffe and Associates<br><br>Suite 1410<br>New Orleans LA  70170 | Phone:<br>Chaffe and Associates<br>201 St Charles Ave<br>Suite 1410<br>New Orleans LA  70170 | | | $ 4,981.50 |

, 
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 20 Baptist Medical 911 Flynt Dr Flowood MS 39232 | Phone: Baptist Medical 911 Flynt Dr Flowood MS 39232 | | | $ 3,486.15 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I, _____ , _____ of the *Individual Debtor* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: *10/2/2015*    Signature */s/ John Chisholm*
                     Name: *John Chisholm*