# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

In re  *John Chisholm*

Case No.
Chapter   *11*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $     1,250,000.00 | | |
| B-Personal Property | *Yes* | *4* | $        4,410.00 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *3* | | $     2,723,333.76 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $       224,695.02 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *12* | | $     1,245,970.31 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *2* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *2* | | | $        2,000.00 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *3* | | | $        2,000.00 |
| TOTAL | | *31* | $     1,254,410.00 | $     4,193,999.09 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In re *John Chisholm*

Case No.

Chapter *11*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *224,695.02* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *224,695.02* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ *2,000.00* |
| Average Expenses (from Schedule J, Line 22) | $ *2,000.00* |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | $ *2,000.00* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *1,523,333.76* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *224,695.02* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *1,245,970.31* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *2,769,304.07* |

In re _John Chisholm_ _____    Case No. _____
                           Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___32___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _10/9/2015_____        Signature _/s/ John Chisholm_____
                                                                  _John Chisholm_



[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re _John Chisholm_ _____ ,    Case No._____

                  Debtor(s)    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 2183 Highland Rd Baton Rouge Property titled in the name of CPBR Debtor is the manageing member of said business | | | $400,000.00 | $350,000.00 |
| 2275 Hwy 29 North Laurel, MS 39443 | Mortgage | | $150,000.00 | $150,000.00 |
| 406 and 408 East Wright St., Pensacola, FL Debtor owns 37.5 % interest in the property the scheduled value the total value to accurately reflect the equity available in the property. Property is jointly owned with Doyle Yeagerand Bobby Warner. Indebtedness to McBride Construction and SBA paid by Emerald City of Pensacola which is in Chapter 11 and pays the payments through its plan | | J | $700,000.00 | $700,000.00 |
| No continuation sheets attached | | **TOTAL $**<br>(Report also on Summary of Schedules.) | _1,250,000.00_ | |

In re _John Chisholm_ _____,      Case No. _____
             Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified in the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | _$10.00_<br>_Location: In debtor's possession_ | | _$10.00_ |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Wells Fargo Checking and Savings Accounts_<br>_Location: Wells Fargo Bank_ | | _$200.00_ |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _Living Room Furniture in Storage: Couch_<br>_$500, 3 Chairs $500; 2 end tables $100;_<br>_coffee table $200; Television $400._<br>_Location: In debtor's possession_<br><br>_Misc. Office equipment and furniture in_<br>_storage_<br>_Location: In debtor's possession_ | | _$1,700.00_<br><br><br><br>_$1,000.00_ |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | _Pictures_<br>_Location: In debtor's possession_ | | _$1,000.00_ |
| 6. Wearing apparel. | | _Clothing_<br>_Location: In debtor's possession_ | | _$500.00_ |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

In re _John Chisholm_ _____ ,    Case No. _____
                Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _25% Stock in Emerald City Pensacola_ _Location: In debtor's possession_ | | _Unknown_ |
| | | _31.25% Interest in 800 Bourbon St.  LLC_ _The business is now defunct and is involved in a bankruptcy itself in October 2014_ _This entity owned the builiding where the Nighclub OZ was located_ _See Asset #21 for additional details_ _Location: In debtor's possession_ | | _Unknown_ |
| | | _31.25% of Louisiana Interest Inc._ _The business is now defunct and in bankruptcy itself in October 2014_ _This entity owned was the business that operated the Nightclub OZ_ _See Asset #21 for additional details_ _Location: In debtor's possession_ | | _Unknown_ |
| | | _CPBR Rental property management_ _Jointly owned with Doyle Yeager, Bobby Warner & Hunter Chisholm_ _Location: In debtor's possession_ | | _Unknown_ |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

In re _John Chisholm_ _____ ,    Case No. _____

Debtor(s)                                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | _Funds in Louisiana Court Registry Related to the Debtor's business interests in 800 Bourbon Street, and Lousiana Interest After litigation involving the owners of the businesses, both businesses sought relief under the bankruptcy code. The parties were unable to reach a resolution regarding the assets of the businesses.  The Louisiana Bankruptcy Court ordered that the assets of the businesses be sold.  The funds from the sale, which were in excess of $8,000,000.00 are currently held in the registry of the Court pending a ruling on their final distribution._ <br><br> _Location: In debtor's possession_ | | _Unknown_ |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

In re __John Chisholm_____ ,    Case No. _____
                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Total ➤   $4,410.00

Page __4__ of __4__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _John Chisholm_ _____ ,    Case No. _____
                    Debtor(s)                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| $10.00 | Fl Const. Art. 10 §4(a)(2), FSA §222.061 | $ 10.00 | $ 10.00 |
| Wells Fargo Checking and Savings Accounts | Fl Const. Art. 10 §4(a)(2), FSA §222.061 | $ 200.00 | $ 200.00 |
| Living Room Furniture in Storage | Fl Const. Art. 10 §4(a)(2), FSA §222.061 | $ 790.00 | $ 1,700.00 |
| | Fl. Stat. Ann.§222.25(4) | $ 910.00 | |
| Misc. Office equipment and furniture in storage | Fl. Stat. Ann.§222.25(4) | $ 1,000.00 | $ 1,000.00 |
| Pictures | Fl. Stat. Ann.§222.25(4) | $ 1,000.00 | $ 1,000.00 |
| Clothing | Fl. Stat. Ann.§222.25(4) | $ 500.00 | $ 500.00 |
| | Subtotal: | $ 4,410.00 | $ 4,410.00 |
| | Total: | $4,410.00 | $4,410.00 |

Page No. _1_ of _1_

* Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _John Chisholm_____,          Case No. _____
          **Debtor(s)**                                              **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **XXXXX2007**  **Creditor # : 1 Bayview Loan Servicing 4425 Ponce Deleon Blvd Suite 500 Miami FL 33146** | X | **Mortgage** 2183 Highland Rd    Value: **$ 400,000.00** | | | | **$ 350,000.00** | **$ 0.00** |
| Account No:  **Creditor # : 2 Disney Destinations 300 South Orange Ave Suite 1000 Orlando FL 32801** | X | **Disputed Judgement Lein** 406 and 408 East Wright St., Pensacola, FL    Value: **$ 700,000.00** | | | X | **$ 1,177,395.35** | **$ 999,226.35** |

2   continuation sheets attached

Subtotal $ **$ 1,527,395.35**     **$ 999,226.35**
(Total of this page)

Total $
(Use only on last page)

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re *John Chisholm*                                          ,          Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> *Creditor # : 3* <br> *Lawrence Grubbs d/b/a Suncoast Comm. Svcs* <br> *c/o Jeffrey Reynolds Esquire* <br> *924 N. Palafox St.* <br> *Pensacola FL 32501* | X | *Disputed  Lien* <br> *406 and 408 East Wright St.,* <br> *Pensacola, FL* <br><br> Value: *$ 700,000.00* | | | X | $ 8,170.77 | $ 8,170.77 |
| Account No: <br><br> *Creditor # : 4* <br> *Liberis & Associates* <br> *212 W. Intendencia St.* <br> *Pensacola FL 32502* | | *Recorded Final Judgement* <br><br> Value: *$ 0.00* | | | | $ 24,705.78 | $ 24,705.78 |
| Account No: <br><br> *Creditor # : 5* <br> *McBride Construction* <br> *PO Box 1390* <br> *Pensacola FL 32591* | X | *Judgement Lien* <br> *406 and 408 East Wright St.,* <br> *Pensacola, FL* <br><br> Value: *$ 700,000.00* | | | | $ 144,000.00 | $ 0.00 |
| Account No: *XXXXXX7874* <br><br> *Creditor # : 6* <br> *Ocwen Loan Servicing LLC* <br> *PO Box 6440* <br> *Carol Stream IL 60197* | | *Mortgage* <br> *2275 Hwy 29 North* <br><br> Value: *$ 150,000.00* | | | | $ 150,000.00 | $ 0.00 |
| Account No: *XXXXXX7874* <br><br> *Representing:* <br> *Ocwen Loan Servicing LLC* | | *Ocwen Loan Servicing* <br> *PO Box 24738* <br> *West Palm Beach FL 33416-4738* <br><br> Value: | | | | | |

Sheet no. _1_ of _2_  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page)      $ 326,876.55      $ 32,876.55

**Total $**
(Use only on last page)

(Report also on Summary of Schedules.)          (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07)    - Cont.

In re _John Chisholm_ _____,    Case No. _____
                        **Debtor(s)**                                      **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H—Husband W—Wife J—Joint C—Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: <br><br>Creditor # : 7<br>Production Resource Group, Inc<br>1902 Cypress Lake Drive<br>Orlando FL 32837 | X | Judgement Lien<br>406 and 408 East Wright St.,<br>Pensacola, FL<br><br><br>Value: $ 700,000.00 | | | | $ 316,230.86 | $ 316,230.86 |
| Account No: <br><br>Representing:<br>Production Resource Group, Inc | | Joseph Blitch<br>158 Tuskawilla Road<br>Suite 2330<br>Winter Springs FL 32708<br><br>Value: | | | | | |
| Account No: <br><br>Creditor # : 8<br>Ray Deforest<br>C/O Scott Liberman<br>1301 International Pky Ste 140<br>Fort Lauderdale FL 33323 | X | Judgement Lien<br>406 and 408 East Wright St.,<br>Pensacola, FL<br><br>Value: $ 700,000.00 | | | | $ 175,000.00 | $ 175,000.00 |
| Account No: X0374<br><br>Creditor # : 9<br>Small Business Administration<br>P.O. Box 740192<br>Atlanta GA 30374 | X | Mortgage paid by Emerald City<br>406 and 408 East Wright St.,<br>Pensacola, FL<br><br><br>Value: $ 700,000.00 | | | | $ 377,831.00 | $ 0.00 |
| Account No: <br><br><br><br><br> | | <br><br><br><br><br>Value: | | | | | |

Sheet no. 2  of  2  continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  | | Subtotal $ <br>(Total of this page) | $ 869,061.86 | $ 491,230.86 |
|---|---|---|---|---|
|  | | Total $ <br>(Use only on last page) | $ 2,723,333.76 | $ 1,523,333.76 |
|  | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re _John Chisholm_ _____,     Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_     **continuation sheets attached**

In re _John Chisholm_ _____ ,    Case No._____

    **Debtor(s)**                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred and Consideration for Claim / H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> Internal Revenue Service <br> PO Box 7346 <br> Philadelphia PA 19101 | | Taxes <br> Tax liens filed for years 2004 through 2010 | | | | $224,695.02 | $224,695.02 | $ 0.00 |
| Account No: <br> Creditor # : 2 <br> Louisiana Dept. Of Revenue <br> PO Box 201 <br> Baton Rouge LA 70821 | | Taxes | | | | Unknown | $ 0.00 | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |
| Account No: | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** <br> (Total of this page) | 224,695.02 | 224,695.02 | 0.00 |
| **Total $** <br> (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 224,695.02 | | |
| **Total $** <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 224,695.02 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _John Chisholm_____,    Case No._____
              **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1 800 Bourbon Street PO Box 1272 Pensacola FL 32591 | X | | Potential Debt related to defunct business | | | | Unknown |
| Account No: Representing: 800 Bourbon Street | | | Stewart Peck 601 Poydras Suite 2775 New Orleans LA 70130 | | | | |
| Account No: XXXXXXXX6548 Creditor # : 2 Allstate PO Box 9135 C/O Credit CS Needham Heights MA 02494 | | | | | | | $ 1,193.63 |

_11_ continuation sheets attached

|  | Subtotal $ | $ 1,193.63 |
|---|---|---|
|  | Total $ | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _John Chisholm_                                    ,        Case No._____
                  **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *XXXXXX2000*<br><br>Creditor # : 3<br>American Express<br>PO Box 650448<br>Dallas TX 75265 | | | | | | | $ 494.00 |
| Account No:<br><br>Creditor # : 4<br>Arlene Weiss<br>1801 Century Park<br>East 24th Floor<br>Los Angeles CA 90067 | | | Judgement<br>Case SC103522 in Los Angeles<br>California.  Judgement not recorded<br>in Escamia County, Florida | | | | Unknown |
| Account No:   *XXXXXXXX8882*<br><br>Creditor # : 5<br>AT&T<br>PO Box 536216<br>Atlanta GA 30353 | | | Acct2 # XXXXXXXX4317<br>Acct3 # xxx-xxx-4764 | | | | Unknown |
| Account No:   *XXXXXXXXXXXX TJC*<br><br>Creditor # : 6<br>Baldwin Haspel<br>3600 Energy Centre<br>1100 Poydras<br>New Orleans LA 70163 | | | | | | | $ 10,654.30 |
| Account No:   *XXXXX3547*<br><br>Creditor # : 7<br>Bank of America<br>PO Box 2348<br>C/O Dynamic<br>Greenville SC 29616 | | | Acct2 # XXXX46182<br>File # XXXXX2849 | | | | $ 13,937.66 |

Sheet No. _1_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      $ 25,085.96

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _John Chisholm_ _____,    Case No. _____
                    **Debtor(s)**                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No. _XXXXXXXXXX-001_ <br> Creditor # : 8 <br> Baptist Medical <br> 911 Flynt Dr <br> Flowood MS 39232 | | | | | | | $ 3,486.15 |
| Account No: <br> Creditor # : 9 <br> Baybridge LLC <br> 113 Baybridge Dr <br> Gulf Breeze FL 32561 | | | Personal Guaranty of Bus. debt | | | | $ 750,000.00 |
| Account No. _XXXX5653_ <br> Creditor # : 10 <br> BBT <br> 2700 Meridian Prkwy <br> C/O Professional Rec <br> Durham NC 27713 | | | | | | | $ 194.32 |
| Account No: <br> Creditor # : 11 <br> Bobby Lucille Stephens Warner <br> 1804 East Laura St <br> Pensacola FL 32501 | | | Potential debt related to business dealings wih 800 Bourbon St. LLC, Louisiana Interests, LLC and | | | | Unknown |
| Account No: <br> Representing: <br> Bobby Lucille Stephens Warner | | | Caleb Didriksen <br> 3114 Canal St. <br> New Orleans LA 70119 | | | | |

Sheet No. _2_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      | $ 753,680.47
Total $ |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _John Chisholm_                                    ,          Case No. _____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.  *XXXXXXXXXXXX5977*<br><br>Creditor # : 12<br>BP/Chase<br>PO Box 1272<br>C/O Asset Acceptance<br>Warren MI 48090 | | | *Asset#xxxx5421* | | | | $ 783.95 |
| Account No:<br><br>Creditor # : 13<br>Breazeale Sachs<br>First Bank and Trust Tower<br>Suite 1500, 909 Poydras St<br>New Orleans LA 70112 | | | *Judgement*<br>*New Orleans Judgment not recorded*<br>*in Florida* | | | | Unknown |
| Account No:  *XXXXXXXXXXXX8076*<br><br>Creditor # : 14<br>Capital One<br>PO Box 85619<br>Richmond VA 23285 | | | *Acct2 # XXX2457*<br>*Acct3 # XXX3651* | | | | $ 10,928.32 |
| Account No:<br><br>Creditor # : 15<br>Chaffe and Associates<br>201 St Charles Ave<br>Suite 1410<br>New Orleans LA 70170 | | | | | | | $ 4,981.50 |
| Account No:  *XXXXXXXXXXXX1521*<br><br>Creditor # : 16<br>Chase Bank<br>C/O Asset Acceptance<br>PO Box 203<br>Warren MI 48090 | | | *Asset# 40136113* | | | | $ 7,027.99 |

Sheet No.   _3_  of   _11_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 23,721.76

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _John Chisholm_____,        Case No._____
                    **Debtor(s)**                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: XXXXXXXXXXXX1521 Creditor # : 17 Chase Bank PO Box 2036 Warren MI 48090 | | | Asset # xxxx6113 | | | | $ 7,897.66 |
| Account No: Creditor # : 18 Chris Ritchie/David Powell 212 West Intendencia St Pensacola FL 32502 | X | | Judgement | | | | Unknown |
| Account No: XXXXXX4139 Creditor # : 19 Citibank 2365 Northside Drive Suite 200 C/O MCM San Diego CA 92108 | | | Citi# xxxxxxxxxxxx2528 | | | | $ 10,090.53 |
| Account No: XXXXXXX5649 Creditor # : 20 City of New Orleans PO Box 52828 New Orleans LA 70152 | | | | | | | $ 160.00 |
| Account No: XXX8745 Creditor # : 21 D Scott PO Box 101928 Dept 1522 Birmingham AL 35210 | | | | | | | $ 1,588.98 |

Sheet No.   4   of   11   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 19,737.17
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _John Chisholm_____ ,        Case No._____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>*Creditor # : 22*<br>*Doyle Yeager*<br>*8944 Anahola Place*<br>*Diamondhead MS 39525* | | | *Potential Debts regarding business interests in 800 Bourbon St. LLC, Louisiana Interests, LLC and* | | | | *Unknown* |
| Account No:<br><br>*Representing:*<br><br>*Doyle Yeager* | | | *Jan Hayden*<br>*650 Poydras Street*<br>*New Orleans LA 70130* | | | | |
| Account No:<br><br>*Creditor # : 23*<br>*Evan Park Howell III*<br>*248-A Orion Ave*<br>*Metairie LA 70005* | | | | | | | *$ 2,500.00* |
| Account No:<br><br>*Creditor # : 24*<br>*FedEx*<br>*PO Box 332*<br>*Memphis TN 38101* | | | | | | | *Unknown* |
| Account No:<br><br>*Creditor # : 25*<br>*First Bank and Trust*<br>*PO Box 1830*<br>*Covington LA 70434* | X | | *Debt associated with the 800 Burbon St. LLC and Louisiana Interests LLC a/k/a OZ guaranteed by the Debtor* | | | | *Unknown* |

Sheet No. _5_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                                        Subtotal $    | *$ 2,500.00* |
                                                                        **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _John Chisholm_____,    Case No._____
                **Debtor(s)**                                                           (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** *Representing:* *First Bank and Trust* | | *Bill Steffs 13702 Coursey Blvd #3 Baton Rouge LA 70817* | | | | |
| **Account No:** *Creditor # : 26 First Guaranty Bank PO Box 517 Hammond LA 70403* | | | | | | *Unknown* |
| **Account No:** *Representing:* *First Guaranty Bank* | | *Douglas Curet PO Box 517 (7040) Hammond LA 70404* | | | | |
| **Account No:** *Creditor # : 27 Frederic G. Levin 316 S. Baylen Street Suite 600 Pensacola FL 32502* | | *Judgement Entered in Escambia County Recorded copy not certified* | | | | *$ 124,657.67* |
| **Account No:** *XXXX5750* *Creditor # : 28 GE 4246 South Riverboat RD Salt Lake City UT 84123* | | | | | | *$ 1,930.64* |

Sheet No. _6_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 126,588.31
Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _John Chisholm_____ ,          Case No._____
                    **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 29* <br> *GE/Dillards* <br> *726 Exchange St* <br> *Suite 700* <br> *Buffalo NY 14210* | | | | | | $ 447.50 |
| Account No:  *XXXXXXXX5618* <br> *Creditor # : 30* <br> *GMAC* <br> *PO Box 380903* <br> *Minneapolis MN 55438* | | | | | | $ 1,291.83 |
| Account No:  *XXX7715* <br> *Creditor # : 31* <br> *Healthcare* <br> *PO Box 320309* <br> *Flowood MS 39232* | | | | | | $ 350.00 |
| Account No: <br> *Creditor # : 32* <br> *Heath Trammel* <br> *911 St. Ann St.* <br> *New Orleans LA 70116* | | *Potential debt related to action against Louisiana Partners, LLC* | | | | *Unknown* |
| Account No: <br> *Representing:* <br><br> *Heath Trammel* | | *Jan Hayden* <br> *650 Poydras St* <br> *New Orleans LA 70130* | | | | |

Sheet No.  _7_  of  _11_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                   $ 2,089.33

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _John Chisholm_ _____,   Case No. _____

**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: *XXXX473G* <br> *Creditor # : 33* <br> *Jackson Anesthesia* <br> *PO BOx 2398* <br> *Jackson MS 39225* | | | | | | $ 444.00 |
| Account No: <br> *Creditor # : 34* <br> *Jerry Gilbreath* <br> *PO Box 1772* <br> *Laurel MS 39441* | | | | | | $ 75,000.00 |
| Account No: <br> *Creditor # : 35* <br> *L'Esprit De La Pax* <br> *701 Poydras St. Stuite 3600* <br> *New Orleans LA 70139* | | *Judgement* <br> *Judgement of Possession creditor* <br> *listed in an abundance of caution* | | | | Unknown |
| Account No: <br> *Creditor # : 36* <br> *Louisiana Interests, LLC* <br> *PO Box 1272* <br> *Pensacola FL 32591* | X | | | | | Unknown |
| Account No: <br> *Representing:* <br> *Louisiana Interests, LLC* | | *Stewart Peck* <br> *601 Poydras* <br> *Suite 2775* <br> *New Orleans LA 70130* | | | | |

Sheet No. _8_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   $ 75,444.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _John Chisholm_ _____ ,    Case No. _____
               **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 37<br>Michael Elias/ Tommy Elias<br>2812 Canal St<br>New Orleans LA 70119 | | | | | | | $ 50,000.00 |
| Account No:   X6032<br>Creditor # : 38<br>Miss Ear and Nose<br>501 Marshall St<br>Suite 506<br>Byram MS 39272 | | | | | | | $ 206.66 |
| Account No:   6440<br>Creditor # : 39<br>Miss Surgical Center<br>1421 North State St<br>Suite 101<br>Jackson MS 39202 | | | | | | | $ 655.08 |
| Account No:   XXXXXXX0635<br>Creditor # : 40<br>Mississippi  Baptist Health<br>PO BOx 2390<br>Jackson MS 39225 | | | | | | | $ 124.00 |
| Account No:<br>Creditor # : 41<br>Multi Service Corp.<br>8650 College Blvd.<br>Overland Park KS 66210 | | | Final Judgement Case No 05-348 | | | | $ 8,923.93 |

Sheet No. _9_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 59,909.67

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re John Chisholm _____ ,    Case No. _____

       **Debtor(s)**                                                (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** XXXX1624 | | | | | | | $ 555.85 |
| Creditor # : 42 Nolfolk Financial PO Box 372 Medford MA 02155 | | | | | | | |
| **Account No:** XXX5647 | | | | | | | $ 9,276.00 |
| Creditor # : 43 Oats and Hudson C/O Delta Financial PO Box 52253 Lafayette LA 70505 | | | | | | | |
| **Account No:** XXX8711 | | | | | | | $ 422.68 |
| Creditor # : 44 PNC Bank PO Box 3429 Pittsburgh PA 15230 | | | Acct2 # XXX1542 Acct3 # xxxxxx9917 | | | | |
| **Account No:** | | | | | | | $ 3,000.00 |
| Creditor # : 45 Shergroup 1420 Celebration Blvd Kissimmee FL 34747 | | | | | | | |
| **Account No:** | | | | | | | $ 20,000.00 |
| Creditor # : 46 Stage Right 10136 Florida Blvd Baton Rouge LA 70815 | | | | | | | |

Sheet No. 10 of 11 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      **Subtotal $**   $ 33,254.53

                                        **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _John Chisholm_____ ,        Case No._____
                    **Debtor(s)**                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 5,000.00 |
| Creditor # : 47 Stewart Robbins PO Box 2348 Baton Rouge LA 70821 | | | | | | |
| Account No: | X | Judgement | | | | $ 100,000.00 |
| Creditor # : 48 Sthepehn Bardfield and Chase Carver C/O Scott Liberman 1301 Internation Pky  St. 140 Fort Lauderdale FL 33323 | | | | | | |
| Account No: | | | | | | Unknown |
| Creditor # : 49 Suntrust 215 South Monroe St Tallahassee FL 32301 | | | | | | |
| Account No:    X1622 | | | | | | $ 2,152.00 |
| Creditor # : 50 The Woman Clinic 501 Marshal Street Jackson MS 39202 | | | | | | |
| Account No:    XXXXXXXXXXXX8150 | | Acct2 # 8540017364 | | | | $ 15,613.48 |
| Creditor # : 51 Washington Mutual/ Providian PO Box 603 Oaks PA 19456 | | | | | | |

Sheet No. _11_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | |
|---|---|
| **Subtotal $** | $ 122,765.48 |
| **Total $** | $ 1,245,970.31 |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _John Chisholm_ _____, / Debtor    Case No. _____

                                                  (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
|  |  |

In re _John Chisholm_____ / Debtor          Case No. _____
                                                                              (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _800 Bourbon Street LLC_ | _First Bank and Trust_<br>_PO Box 1830_<br>_Covington LA   70434_ |
| _Bobby Warner_ | _800 Bourbon Street_<br>_PO Box 1272_<br>_Pensacola FL   32591_<br><br>_Lawrence Grubbs d/b/a Suncoast Comm. Svcs_<br>_c/o Jeffrey Reynolds Esquire_<br>_924 N. Palafox St._<br>_Pensacola FL   32501_<br><br>_Louisiana Interests, LLC_<br>_PO Box 1272_<br>_Pensacola FL   32591_ |
| _Chisholm Prop. Baton Rouge_ | _Bayview Loan Servicing_<br>_4425 Ponce Deleon Blvd_<br>_Suite 500_<br>_Miami FL   33146_ |
| _Chisholm Prop. Circuit Events_ | _Chris Ritchie/David Powell_<br>_212 West Intendencia St_<br>_Pensacola FL   32502_<br><br>_Disney Destinations_<br>_300 South Orange Ave_<br>_Suite 1000_<br>_Orlando FL   32801_<br><br>_Production Resource Group, Inc_<br>_1902 Cypress Lake Drive_<br>_Orlando FL   32837_<br><br>_Ray Deforest_<br>_C/O Scott Liberman_<br>_1301 International Pky Ste 140_<br>_Fort Lauderdale FL   33323_ |

In re _John Chisholm_ _____ / Debtor     Case No. _____

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Chisholm Prop. Circuit Events...continued* | *Sthepehn Bardfield and Chase Carver*<br>*C/O Scott Liberman*<br>*1301 Internation Pky  St. 140*<br>*Fort Lauderdale FL   33323* |
| *Doyle Yeager* | *800 Bourbon Street*<br>*PO Box 1272*<br>*Pensacola FL   32591*<br><br>*Lawrence Grubbs d/b/a Suncoast Comm. Svcs*<br>*c/o Jeffrey Reynolds Esquire*<br>*924 N. Palafox St.*<br>*Pensacola FL   32501*<br><br>*Louisiana Interests, LLC*<br>*PO Box 1272*<br>*Pensacola FL   32591*<br><br>*McBride Construction*<br>*PO Box 1390*<br>*Pensacola FL   32591*<br><br>*Small Business Administration*<br>*P.O. Box 740192*<br>*Atlanta GA   30374* |
| *Emerald City* | *McBride Construction*<br>*PO Box 1390*<br>*Pensacola FL   32591*<br><br>*Small Business Administration*<br>*P.O. Box 740192*<br>*Atlanta GA   30374* |
| *Heath Trammell* | *Louisiana Interests, LLC*<br>*PO Box 1272*<br>*Pensacola FL   32591* |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In re:*John Chisholm*                                        Case No.
    *aka Johnny Chisholm*                          _____
    *aka John L. Chisholm, Jr.*                              (if known)

_____,
                  Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(2), (31).

---

**1. Income from employment or operation of business**

None  ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                        SOURCE

*Year to date: $20.000.00*              *Property management*
*Last Year: $24,000.00*
*Year before:$24,000.00*

---

**2. Income other than from employment or operation of business**

None  ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors

None
☒

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Chisholm v. Yeager, Warner Et al 2013-06325* | | *Civil District Court, New Orleans, Louisiana* | *Pending* |
| *First Guaranty Bank v. Chisholm 2010-3199* | *Collections* | *21st Judicial Court Tangeipahoa Parish Louisiana* | *Pending* |
| *In Re: Louisiana Interest 14-12772* | *Bankruptcy* | *New Orleans La* | *Pending* |
| *in Re: 800 Bourbon St. 14-12770* | *Bankruptcy* | *New Orleans LA* | *Pending* |
| *In Re: Emerald City 15-30585* | *Bankruptcy* | *Northern District of Florida Pensacola Division* | *Pending* |

None  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None  a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None  List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None  List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Payee: Sherry F. Chancellor Address: 619 West Chase Street Pensacola, FL 32502 | Date of Payment: 09/29/15q Payor: John Chisholm | $10,000.00 plus filing fee of $1,717.00 |
| Debtor's Ed | Date of Payment: 09/14/15 Payor: John Chisholm | $7.95 |

**10. Other transfers**

None ☐  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NAME AND ADDRESS
OF TRANSFEREE,                       DATE              DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED
RELATIONSHIP TO DEBTOR

*Sale pursuant to Order of the*                       *All assets of Louisiana Intrest and 800*
*Court to an unrelated buyer*                          *Bourbon Street were sold by Order of the*
                                                       *court for in excess of $8,000,000.00*

None ☒  b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

**11. Closed financial accounts**

None ☐  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

                                      TYPE OF ACCOUNT, LAST FOUR
                                      DIGITS OF ACCOUNT NUMBER              AMOUNT AND DATE
NAME AND ADDRESS OF INSTITUTION       AND AMOUNT OF FINAL BALANCE           OF SALE OR CLOSING

*Institution: Citibank*               *Account Type and No.:*
*875 Doral Road*                      *#####14171*
*Miami, Florida 33178*                *Final Balance: $950.00*

**12. Safe deposit boxes**

None ☒  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☒  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None  List all property owned by another person that the debtor holds or controls.
☐

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| *Debtor's current residence is a rental property that came furnished.  All items of personal property not specifically listed  are either the property of the property owner or the Debtor's partner.* | | |
| *Owner: Doyle Yeager and Chisholm Properties* *Address: 8944 Anahola Place Diamondhead, MS 39525* | *Description: 1993 Ford SUV* *Value: Unknown* | *Debtor's possession* |

**15. Prior address of debtor**

None  If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that
☐  period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *5 Portofino Drive Pensacola Beach, Florida* | *Name(s): John L. Chisholm, Jr.* *John Chisholm, Johnny Chisholm* | *10/2008 to 9/2015* |

**16. Spouses and Former Spouses**

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada,
☒  New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of
the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None  For the purpose of this question, the following definitions apply:
☒

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the
cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or
similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable
under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.
☒

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.
☒

**18. Nature, location and name of business**

None  a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.
☐

　　　If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

　　　If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses     in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *Emerald City of Pensacola* | *ID: 59-3499582* | *PO box 1272 Pensacola, Florida 32591* | *Nightclub* | |
| *Louisiana Interest* | *ID: 72-1222501* | *PO box 1272 Pensacola, Florida 32591* | | |
| *800 Bourbon St.* | *ID: 72-1326878* | *PO Box 1272 Pensacola, Florida 32572* | | |
| *Chisholm ProperBaton Rouge, LLC* | *ID: 72-1496842* | *PO box 1272 Pensacola, Florida 32591* | *Property Management* | |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☒

NAME AND ADDRESS                                                                                          DATES SERVICES RENDERED

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                                                          DATES SERVICES RENDERED

*Name:  Gena Hayes*
*Address:3831 SABER TOOTH CIR, Gulf Breeze, FL*
*32563*
*For Emerald City of Pensacola, CPBR and the*
*Debtor Personall*

*Name:  Patrick Gros*
*651 River Highlands Blvd, Covington, LA 70433*
*For Louisiana Interest and 800 Bourbon Street*

---

None ☒  b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

---

None ☒  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

---

None ☒  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

### 20. Inventories

None ☒  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☒  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None ☒    If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None ☒    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  10/09/2015　　　　Signature  */s/ John Chisholm*
　　　　　　　　　　　of Debtor

Date  _____　　Signature  _____
　　　　　　　　　　　of Joint Debtor
　　　　　　　　　　　(if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In re *John Chisholm*

Case No.
Chapter  *11*

_____ / Debtor

# CHAPTER 11 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No. *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Bayview Loan Servicing* | *2183 Highland Rd, Baton Rouge* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☒ Other. Explain *Debtor Shall make adequate protection* _____ (for example, avoid lien using 11 U.S.C § 522 (f)).
*payments to the creditor*

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

Property No. *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Ocwen Loan Servicing LLC* | *2275 Hwy 29 North, Laurel, MS* |

Property will be (check one) :

☐ Surrendered     ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☒ Other. Explain *Debtor will make adequate protection* _____ (for example, avoid lien using 11 U.S.C § 522 (f)).
*payments*

Property is (check one) :

☐ Claimed as exempt     ☒ Not claimed as exempt

Property No. *3*

**Creditor's Name :**

*Small Business Administration*

**Describe Property Securing Debt :**

*406 and 408 East Wright St., Pensacola, FL*

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Debts are currently being paid by Emerald*    (for example, avoid lien using 11 U.S.C § 522 (f)).
*City of Pensacola*

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

Property No. *4*

**Creditor's Name :**

*McBride Construction*

**Describe Property Securing Debt :**

*406 and 408 East Wright St., Pensacola, FL*

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☒ Other. Explain  *Debt paid by Emerald City*    (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☒ Not claimed as exempt

---

**Part B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

Property No.

| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): |
|---|---|---|
| *None* | | ☐ Yes    ☐ No |

---

### Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: _10/09/2015_    Debtor: _/s/ John Chisholm_

Date: _____    Joint Debtor: _____