# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

In re *John Chisholm*
    *aka Johnny Chisholm*
    *aka John L. Chisholm, Jr.*
    / Debtor

Case No.
Chapter *11*

Attorney for Debtor: *Sherry F. Chancellor*

## LIST OF EQUITY SECURITY HOLDERS

| Number | Registered Name of Holder of Security | Number of Shares | Class of Shares, Kind of Interest |
|---|---|---|---|
| | *Debtor has no Equity Security Holders* | | |
| | | | |
| | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A INDIVIDUAL DEBTOR

I, _____, _____ of the *individual debtor* named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that they are true and correct to the best of my knowledge, information and belief.

Date: *10/15/2015*

Signature: */s/* John Chisholm
Name:
Title:

Page *1* of *1*